# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIS HOLLINSWORTH, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GENESIS LOGISTICS INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: **2:15-CV-04095-DDP-(VBKx)**<br><br>*[Assigned to Judge Dean D. Pregerson in Courtroom 3]*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [31]**<br><br>Complaint Filed: June 1, 2015<br>Trial Date: April 11, 2017 |

　　　Plaintiff and Defendants have stipulated that this action be dismissed. Plaintiff and Defendants have entered into a Settlement and Release Agreement resolving of all issues relating to this action including any and all claims. The Parties request that this matter be dismissed, in its entirety, with prejudice pursuant to Rule 41(a)(1)(A)(ii). Good cause appearing therefore, IT IS HEREBY

　　　ORDERED: THIS ACTION IS HEREBY DISMISSED WITH

/ /

/ /

{F1369050.1 }

ORDER RE: JOINT STIPULATION TO DISMISS THE ACTION

1  PREJUDICE, each of the parties to pay their own attorneys' fees and costs of
2  the action pursuant to the stipulation.
3
4  IT IS SO ORDERED.
5  Dated: October 28, 2016

                                              Hon. Judge Dean D. Pregerson
                                              United States District Judge